Garry R. WILLIAMS *v*. STATE of Arkansas

CA CR 87-209                             748 S.W.2d 355

Court of Appeals of Arkansas
Division I
Opinion delivered May 11, 1988
[Rehearing denied June 1, 1988.]

*John Wesley Hall, Jr.*, for appellant.

*Steve Clark*, Att'y Gen., by: *C. Kent Jolliff*, Asst. Att'y Gen., for appellee.

BETH GLADDEN COULSON, Judge. Appellant, Garry Ray Williams, brings this appeal from his conviction for rape. Appellant waived his right to a jury trial and was tried before a circuit judge, sitting without a jury. On appeal, appellant argues that his conviction for rape is not supported by sufficient evidence. We do not reach the merits of that argument because it is raised for the first time on appeal.

This court does not consider matters which were not raised before the trial court. *Dillard* v. *State*, 20 Ark. App. 35, 723 S.W.2d 373 (1987). This is a settled rule. Accordingly, we do not consider appellant's argument, and the judgment of the circuit court is affirmed.

Affirmed.

CORBIN, C.J., and MAYFIELD, J., agree.